UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MICHAEL HAYMAN, M.D.                                   CIVIL ACTION

Versus                                                 NO. 11-1261

MICHAEL FEIN, ET AL.                                   SECTION: "F"

ORDER AND REASONS

Before the Court is the plaintiff's request for oral argument on the motions to (a) dismiss EisnerAmper as a defendant in the case, and (b) compel arbitration, or, in the alternative, to dismiss the amended complaint. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motions do not involve any of the above factors, IT IS ORDERED: that the request for oral argument on the above

1

motions is DENIED.

New Orleans, Louisiana, October 18, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE